PEOPLE v. SHAW. Appeal from Ingham, Jack W. Warren, J. Submitted Division 2 November 8, 1971, at Lansing. (Docket No. 10621.) Decided November 30, 1971. Leave to appeal denied, 387 Mich 752.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *Raymond L. Scodeller*, Prosecuting Attorney, and *Corbin R. Davis*, Assistant Prosecuting Attorney, for the people.

Ronald G. Shaw, *in propria persona*.

Before: McGREGOR, P. J., and FITZGERALD and QUINN, JJ.

MEMORANDUM OPINION. Defendant was tried and convicted of unlawfully driving away an automobile of another without authority in violation of MCLA § 750.413 (Stat Ann 1954 Rev § 28.645), and sentenced to a term of four to five years.

Though the defendant has raised many issues, after a most thorough

review of the record, we have failed to find any alleged errors which merit discussion. Therefore, we affirm.